güez. Infracción Ley de Rentas Internas. Noviembre 24, 1930.

No. 4283.—PUEBLO, apldo., *v.* ALFARO, aplte.—C. D. Aguadilla. Portar armas. Noviembre 24, 1930.

No. 4280.—PUEBLO, apldo., *v.* RIVERA ET AL., apltes.—C. D. Humacao. Juegos prohibidos. Noviembre 24, 1930.

No. 4277.—PUEBLO, apldo., *v.* DÍAZ, aplte.—C. D. Aguadilla. Adulteración de leche. Noviembre 24, 1930.

No. 4262.—PUEBLO, apldo., *v.* SEGUINÓ, aplte.—C. D. Aguadilla. Mutilación. Noviembre 24, 1930.

No. 4282.—PUEBLO, apldo., *v.* ALFARO, aplte.—C. D. Aguadilla. Atentado a la vida. Noviembre 24, 1930.

No. 4254.—PUEBLO, apldo., *v.* LÓPEZ, aplte.—C. D. Ponce. Daños maliciosos. Noviembre 26, 1930.

No. 4293.—PUEBLO, apldo., *v.* CÁCERES, aplte.—C. D. Mayagüez. Infracción Ley de Rentas Internas. Diciembre 1, 1930.

No. 4298.—PUEBLO, apldo., *v.* RIVERA, aplte.—C. D. Guayama. Abuso de confianza. Diciembre 1, 1930.

No. 4317.—PUEBLO, apldo., *v.* GARCÍA ET ALS., apltes.—C. D. Bayamón. Alterar la paz. Diciembre 15, 1930.

No. 4316.—PUEBLO, apldo., *v.* MANZANO, aplte.—C. D. San Juan. Infracción al artículo 440 del Código Penal. Diciembre 15, 1930.

No. 4314.—PUEBLO, apldo., *v.* GUTIÉRREZ, aplte.—C. D. Ponce. Violación. Diciembre 15, 1930.

No. 4309.—PUEBLO, apldo., *v.* ROSARIO, aplte.—C. D. Arecibo. Portar armas. Diciembre 15, 1930.

No. 4310.—PUEBLO, apldo., *v.* GONZÁLEZ MENA, aplte.—C. D. Arecibo. Infracción artículo 1 Ley No. 24 de 1928. Diciembre 15, 1930.

No. 4308.—PUEBLO, apldo., *v.* GONZÁLEZ, aplte.—C. D. Arecibo. Delito contra la justicia pública (art. 137 C. P.). Diciembre 15, 1930.

No. 4307.—PUEBLO, apldo., *v.* GONZÁLEZ, aplte.—C. D.

Arecibo. Acometimiento y agresión con circunstancias agravantes. Diciembre 15, 1930.

No. 4361.—PUEBLO, apldo., *v.* GARCÍA, aplte.—C. D. Bayamón. Infracción artículo 328 Código Penal. Febrero 9, 1931.

No. 4358.—PUEBLO, apldo., *v.* TORRES, aplte.—C. D. Bayamón. Hurto de menor cuantía. Febrero 9, 1931.

No. 4357.—PUEBLO, apldo., *v.* BELTRÁN, aplte.—C. D. Bayamón. Acometimiento y agresión grave. Febrero 9, 1931.

No. 4336.—PUEBLO, apldo., *v.* RAMÍREZ, aplte.—C. D. Bayamón. Incendio malicioso en primer grado. Febrero 9, 1931.

No. 4313.—PUEBLO, apldo., *v.* GONZÁLEZ, aplte.—C. D. Arecibo. Ataque con intención de cometer homicidio. Febrero 9, 1931.

No. 4312.—PUEBLO, apldo., *v.* GONZÁLEZ, aplte.—C. D. Arecibo. Portar armas. Febrero 9, 1931.

No. 4397.—PUEBLO, apldo., *v.* GONZÁLEZ, aplte.—C. D. Mayagüez. Escalamiento en primer grado. Marzo 9, 1931.

No. 4390.—PUEBLO, apldo., *v.* MEDINA, aplte.—C. D. Humacao. Acometimiento grave. Marzo 9, 1931.

No. 4376.—PUEBLO, apldo., *v.* JIMÉNEZ, aplte.—C. D. Humacao. Infracción Ley de Automóviles. Marzo 9, 1931.

No. 4375.—PUEBLO, apldo., *v.* COLÓN, aplte.—C. D. Humacao. Venta de café adulterado. Marzo 9, 1931.

No. 4430.—PUEBLO, apldo., *v.* HERNÁNDEZ, aplte.—C. D. San Juan. Homicidio involuntario. Marzo 9, 1931.

No. 4425.—PUEBLO, apldo., *v.* PLAZA, JR., aplte.—C. D. Mayagüez. Delito contra la salud. Marzo 9, 1931.

No. 4424.—PUEBLO, apldo., *v.* PLAZA, JR., aplte.—C. D. Mayagüez. Delito contra la salud pública. Marzo 9, 1931.

No. 4423.—PUEBLO, apldo., *v.* PLAZA, JR., aplte.—C. D. Mayagüez. Delito contra la salud pública. Marzo 9, 1931.

No. 4364.—PUEBLO, apldo., *v.* PÉREZ, JR., aplte.—C. D. Humacao. Acometimiento y agresión simple. Marzo 9, 1931.